UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE PINE INVESTMENTS, Individually and On Behalf of All Others Similarly Situated, <br><br>            Plaintiff, <br><br>    v. <br><br> CVR REFINING, LP, CVR ENERGY, INC., CVR REFINING GP, LLC, CVR REFINING HOLDINGS, LLC, ICAHN ENTERPRISES, L.P., and DAVID L. LAMP, <br><br>            Defendants. | Case No.  1:20-cv-02863-AT |

DECLARATION OF JEREMY A. LIEBERMAN
IN SUPPORT OF MOTION OF GREGORY GERSCH FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Gregory Gersch ("Gersch"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of Gersch's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published on April 6, 2020, announcing the pendency of the above-captioned action;

Exhibit B:    Shareholder Certification executed by Gersch;

Exhibit C:    Chart reflecting the financial interest of Gersch in the above-captioned action; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 5, 2020, at Flushing, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1