**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHITE PINE INVESTMENTS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CVR REFINING, LP, CVR ENERGY, INC., CVR REFINING GP, LLC, CVR REFINING HOLDINGS, LLC, ICAHN ENTERPRISES, L.P., and DAVID L. LAMP,<br><br>        Defendants. | Case No.: 1:20-cv-02863-AT<br><br>Hon. Analisa Torres |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF JOSEPH DEGAETANO AND JOANNE M. ZANETOS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Joseph Degaetano and Joanne M. Zanetos ("Movants"), and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as lead plaintiff and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:  PSLRA Certifications signed by Movants, attesting to their sales of CVR Refining, LP ("CVRR") common units;

Exhibit B:  Joint Declaration signed by Movants;

1

Exhibit C:    Press Release published April 6, 2020, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *White Pine Investments v. CVR Refining, LP, et al.*, Case No. 1:20-cv-02863-AT.

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.


I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: June 5, 2020                                        Respectfully Submitted,

                                                          **LEVI & KORSINSKY, LLP**

                                                          By:  /s/ *Shannon L. Hopkins*
                                                          Shannon L. Hopkins (SH-1887)
                                                          1111 Summer Street, Suite 403
                                                          Stamford, CT 06905
                                                          Tel. (203) 992-4523
                                                          Fax: (212) 363-7500
                                                          Email: shopkins@zlk.com


                                                          *Lead Counsel for Joseph Degaetano, Joanne M. Zanetos and [Proposed] Lead Counsel for the Class*

2