**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WHITE PINE INVESTMENTS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CVR REFINING, LP, CVR ENERGY, INC., CVR REFINING GP, LLC, CVR REFINING HOLDINGS, LLC, ICAHN ENTERPRISES, L.P., and DAVID L. LAMP <br><br> Defendants. | Case No.: 1:20-cv-02863-AT <br><br> CLASS ACTION |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT**
**OF THE MOTION OF WHITE PINE INVESTMENTS FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Plaintiff and Proposed Lead Plaintiff White Pine Investments ("White Pine"), for the entry of an Order: (i) appointing White Pine as Lead Plaintiff; (ii) approving White Pine's selection of Labaton Sucharow as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of White Pine, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying White Pine's transactions in CVR Refining, LP common units during the Class Period;

EXHIBIT C:   Notice of the above-captioned action issued on *Business Wire*, April 6, 2020; and

EXHIBIT D:   Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of June, 2020

/s/ *Francis P. McConville*
Francis P. McConville