**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| WHITE PINE INVESTMENTS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CVR REFINING, LP, CVR ENERGY, INC., CVR REFINING GP, LLC, CVR REFINING HOLDINGS, LLC, ICAHN ENTERPRISES, L.P., and DAVID L. LAMP,<br><br>            Defendants. |

Case No.: 1:20-cv-02863-AT

Hon. Analisa Torres

**DECLARATION OF SHANNON L. HOPKINS IN FURTHER SUPPORT OF JOSEPH DEGAETANO AND JOANNE M. ZANETOS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Joseph Degaetano and Joanne M. Zanetos ("Movants"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibit, in further support of Movants' motion for appointment as lead plaintiff and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibit is a true and correct copy of the following:

Exhibit A: Supplemental Joint Declaration signed by Movants.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 19, 2020                          Respectfully Submitted,

1

2

**LEVI & KORSINSKY, LLP**

By:  /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
Email: shopkins@zlk.com


*Lead Counsel for Joseph Degaetano, Joanne M. Zanetos and [Proposed] Lead Counsel for the Class*