# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHITE PINE INVESTMENTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CVR REFINING, LP, CVR ENERGY, INC., CVR REFINING GP, LLC, CVR REFINING HOLDINGS, LLC, ICAHN ENTERPRISES, L.P., and DAVID L. LAMP,<br><br>Defendants. | Case No.: 1:20-cv-02863-AT<br><br>Hon. Analisa Torres |

**SUPPLEMENTAL JOINT DECLARATION IN SUPPORT OF JOSEPH DEGAETANO AND JOANNE M. ZANETOS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

We, the undersigned, pursuant to 28 U.S.C. § 1746 declare as follows:

1.     We, Joseph DeGaetano and Joanne M. Zanetos, respectfully submit this Supplemental Joint Declaration (the "Supplemental Joint Declaration") in support of our motion for appointment as lead plaintiff and approval of selection of counsel.

2.     We each have personal knowledge about the information contained in this Supplemental Joint Declaration relating to ourselves, and if called as witnesses, could testify competently thereto (unless our knowledge is on information and belief, in which case we will so state).

1.   On June 4, 2020, prior to seeking appointment as lead plaintiff, we held a joint call to discuss among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of a group of like-minded investors like us; a shared desire to achieve the best

1

possible result for the class; our interests in prosecuting the case in a collaborative, likeminded manner; attorney's fees, and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

3.      On June 5, 2020, our counsel, Levi & Korsinsky, LLP ("Levi & Korsinsky"), filed our Motion for Appointment as Lead Plaintiff. It is our understanding that two other competing motions for lead plaintiff were filed. We also understand that we sold the most shares of CVRR during the Class Period out of all movants.

4.      Since the filing of our Lead Plaintiff Motion on June 5, 2020, we have remained informed about the status of the Action and the progression of the lead plaintiff motions via phone and email communications with attorneys at Levi & Korsinsky.

5.      On June 17, 2020, we participated in another joint call at approximately 3:00PM EST during which we discussed the strategy for our opposition to the competing motions for appointment of lead plaintiff, and next steps after the opposition filing.

6.      We remain committed to litigating this action and to recover the damages we and the entire class of CVRR investors suffered.

2

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 18th day of June, 2020

_____
Joseph DeGaetano

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 18th day of June, 2020

_____

Joanne Zanetos

4